(No. 827—Claimant awarded $119.70 with interest.)

CARLOTTA S. SIGNOR AND R. LEMUEL BLOUNT, TRUSTEE, Claimant, *vs.* STATE OF ILLINOIS, Respondent

*Opinion filed September 16, 1925.*

INHERITANCE TAX—*when claimant entitled to refund.* Sec. 25. Where a tax has been assessed against a succession, and paid, and afterwards upon proper proceedings in the county court, it appears that certain contingencies upon which the original assessment of the tax was made, had not occurred, and the estate was reassessed and the tax fixed upon the re-assessment; *Held.* Claimant entitled to a refund of the difference between the amount of the tax paid under the original order of the court and the amount found due upon the re-assessment of the tax.

DOWNER McCORD, for claimant.

EDWARD J. BRUNDAGE, Attorney General, GEORGE C. DIXON, Assistant Attorney General, for respondent.

Mr. JUSTICE PHILLIPS delivered the opinion of the court:

R. Lemuel Blount, trustee of the estate of Kate Ward Bensley, deceased on the 26th day of July, 1916, paid to the

treasurer of Cook county, the sum of $217.90 in full of inheritance taxes levied and assessed against the succession occuring by virtue of the death of Kate Ward Bensley, deceased.

On the 23d day of June, 1923, in the County Court of Cook county, Illinois, in the matter of inheritance tax appraisement in said estate of Kate Ward Bensley, deceased, it was ordered adjudged and decreed that inasmuch as certain contingencies upon which the original inheritance taxes were levied and assessed, not having occurred, the said estate was entitled to re-assessment of said inheritance taxes under Sec. 25, Chapter 120, in the Revenue act of the State of Illinois, and it was therefore ordered that said taxes be re-assessed in accordance with a certain schedule set out in the order, a copy of which is presented in evidence, making the total amount of the assessment $79.40.

On January 17, 1917, the said R. Lemuel Blount was duly appointed trustee of said estate and duly qualified, in the case of *Blount executor* v. *Christianson et al.* Carlotta S. Signor was a niece of the said decedent, Kate Ward Bensley, and a legatee under her will and the entire original assessment of inheritance tax was assessed against her legacy, which assessment was paid by the executor and trustee, and under the re-assessment of the inheritance tax, as ordered by the County Court there is a refund due to the said Carlotta S. Signor amounting to $119.70 with interest thereon at the rate of 3% per annum from the 26th day of July, 1916.

The Attorney General consents in writing to an award as claimed. The evidence sustains the claim, and the court accordingly awards said Carlotta S. Signor and R. Lemuel Blount, trustee, the sum of $119.70 together with interest thereon from the 26th day of July, 1916, at the rate of 3% per annum until paid.